UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 26-cv-01600-PJS-DLM

PABLO N.-C.,

        Petitioner,

                                **ORDER**

  v.

PAMELA BONDI, *et al.,*

        Respondents.


Pursuant to Federal Rule of Civil Procedure 41(a)(2) and the parties' Stipulation for Order of Dismissal [ECF No. 14], IT IS HEREBY ORDERED THAT:

1. By no later than March 13, 2026, Respondents must either: (a) return all of Petitioner's property in their possession to Petitioner or his counsel; or (b) provide Petitioner with a declaration sworn under penalty of perjury indicating that any unreturned property has been deemed lost by the U.S. Immigration and Customs Enforcement.

2. This case is DISMISSED without prejudice.


LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: March 9, 2026              /s/ Patrick J. Schiltz
                                   PATRICK J. SCHILTZ, Chief Judge
                                   United States District Judge