# UNITED STATES DISTRICT COURT

## District of Minnesota

Pablo Epifanio Nieves-Chacon

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-01600-PJS-DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. By no later than March 13, 2026, Respondents must either: (a) return all of Petitioner's property in their possession to Petitioner or his counsel; or (b) provide Petitioner with a declaration sworn under penalty of perjury indicating that any unreturned property has been deemed lost by the U.S. Immigration and Customs Enforcement.
2. This case is DISMISSED without prejudice.

Date: 3/9/2026

KATE M. FOGARTY, CLERK